**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **RONDEVOO TECHNOLOGIES, LLC,** | |
| Plaintiff, | Civil Action No. 3:19-cv-00404-WHR |
| v. | |
| **RIVERAIN TECHNOLOGIES, INC.,** | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Plaintiff, Rondevoo Technologies, LLC ("Rondevoo"), states that it is a limited liability company.  It has a parent company, Red Dragon Innovations, LLC and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: December 27, 2019

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Howard L. Wernow*
Howard L. Wernow, B.C.S.
Florida Bar No. 0107560
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
Howard.Wernow@sswip.com

ATTORNEYS FOR PLAINTIFF